SAO
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
(702) 464-3262 (Fax)
Attorneys for Defendants, AMERICAN FAMILY
FINANCIAL SERVICES, INC. and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOBBI JO DOCKINS,

    Plaintiff,

vs.

DONN W. PROKOPIUS, ESQ. and
DONN W. PROKOPIUS, CHTD;
AMERICAN FAMILY FINANCIAL SERVICES,
INC.; AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

    Defendants.
_____/
AMERICAN FAMILY
FINANCIAL SERVICES, INC. and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY,

    Counter-Claimants,

vs.

BOBBI JO DOCKINS,

    Counter-Defendant.
_____/

CASE NO: 2:11-cv-00907 KJD-RJJ

**ORDER FOR DISMISSAL WITH PREJUDICE**

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed in its entirety, with prejudice, each party to bear its own fees and costs.

No trial date has been set in this matter.

DATED this 10 day of December, 2015.          DATED this 10 day of December, 2015.

POTTER LAW OFFICES                              PYATT SILVESTRI

By: _____                    By: /s/ Brian W. Goldman
CAL J. POTTER, III, ESQ.                        JAMES P. SILVESTRI, ESQ.
Nevada Bar No. 1988                             Nevada Bar No. 3603
C. J. POTTER, IV, ESQ.                          BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 13225                            Nevada Bar No. 6317
1125 Shadow Lane                                701 Bridger Avenue, Suite 600
Las Vegas, NV 89102                             Las Vegas, NV 89101
Attorney for Plaintiff/Counter-Defendant        Attorneys for Defendant/Counter-Claimants

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed in its entirety with prejudice, each party to bear its own fees and costs.

DATED this 16th day of December, 2015.

_____
DISTRICT COURT JUDGE